UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Julia Brooke Davis, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Town of Smithfield, | ) | No. 5:12-CV-360-BR |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss is GRANTED, and plaintiff's § 1983 claim is DISMISSED. Pursuant to 28 U.S.C. § 1367(c), the court declines to exercise jurisdiction over plaintiff's state law claims. This case is REMANDED to the Superior Court for Johnston County, North Carolina. The Clerk is DIRECTED to send a copy of this order to the Clerk of that court and close this case.

**This judgment filed and entered on November 13, 2012, and served on:**

James E. Hairston, Jr. (via CM/ECF Notice of Electronic Filing)
Jeremy Ryan Leonard (via CM/ECF Notice of Electronic Filing)
Robert Julius Lane, III (via CM/ECF Notice of Electronic Filing)
Kari R. Johnson (via CM/ECF Notice of Electronic Filing)

November 13, 2012 /s/ Julie A. Richards,
 Clerk of Court